UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  CHAPTER 13
Walter Bates, Debtor(s).  CASE NO. 16-43201-TJT
_____/ JUDGE THOMAS J. TUCKER

## TRUSTEE'S OBJECTIONS TO
## CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The Trustee objects to the proposed plan as it is currently underfunded and runs over sixty (60) months in violation of 11 U.S.C. § 1322(d).

2. The Trustee requests that the debtor and the non-filing spouse provide copies of three (3) post-petition paystubs at the §341 First Meeting of Creditors.

3. The debtor testified at the §341 First Meeting of Creditors that he is currently seeking additional employment. The Trustee would request an update at confirmation and/or amended Schedules I and J at any point in time the debtor becomes employed.

4. The Trustee objects to the debtor's failure to treat Detroit Water and Sewer in the Plan as this creditor is listed on Schedule D. The Trustee request that the debtor amend the Plan accordingly.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

July 16, 2016

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee
/s/ *Tammy L. Terry*
/s/TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Walter Bates, Debtor(s).

CHAPTER 13
CASE NO. 16-43201-TJT
JUDGE THOMAS J. TUCKER

/

## CERTIFICATE OF MAILING

I hereby certify that on July 19, 2016, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

*/s/ LaToya Ethridge*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Walter Bates
19946 Kentucky St.
Detroit, MI 482210000

STEINBERGER & ASSOCIATES P C
17515 W NINE MILE RD #420
SOUTHFIELD, MI 480750000